## Manning ag^t Rand

Anne Manning sole Executrix of the Last will & testam^t of m^r Richard Parker late of Boston dec^d plaint. ag^t Henry Rand of Malberry Defendant in an action of debt of Seven pounds ten Shillings due by bill & all due damages according to Attachm^t Dat^d February 10th 1674 . . . the Jury . . . founde for the plaint. Seven pounds ten Shillings in provisions at price currant & costs of Court, being twenty two Shillings & six pence.

Execucion issued pr° June 1675.